FILED
2018 Jan-09 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ESTATE OF DONALD RAY PEACE, TAMARA JEAN PEACE AS ADMINISTRATRIX,**  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>**ROCK KEITH, RDW TRANSPORT, LLC, ROCK TRANS, LLC, PROGRESSIVE DIRECT INSURANCE COMPANY, ET AL.,**  )<br><br>**Defendants.**  ) | Case No.: 4:18-CV-00041-VEH |

## ORDER REGARDING JURISDICTION

Because federal courts are courts of limited jurisdiction, "a federal court has an independent obligation to review its authority to hear a case before it proceeds to the merits." *Mirage Resorts, Inc. v. Quiet Nacelle Corp.,* 206 F.3d 1398, 1400-1401 (11th Cir. 2000). In this action, the Notice of Removal asserts that the court has jurisdiction over the action under 28 U.S.C.A. § 1332(a)(1), which authorizes jurisdiction over cases where complete diversity of citizenship exists between the adverse parties. However, the court perceives that the Notice of Removal as currently written does not

satisfactorily establish the court's jurisdiction over the action. Accordingly, the removing parties are **ORDERED** to file with this court, within fourteen days of this Order, a Notice establishing this court's jurisdiction according to the standard enunciated by the Eleventh Circuit in *Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC*, 374 F.3d 1020 (11th Cir. 2004). Specifically, that case held that, in order to establish diversity, if a limited liability company is a party, the names and states of domicile of each member of the limited liability company must be listed.[1]

    **DONE** and **ORDERED** this 9th day of January, 2018.

 

                                      **VIRGINIA EMERSON HOPKINS**
                                      United States District Judge

---

[1] Specifically, paragraph 10 of the Notice of Removal (Doc. 1) does not provide any information about the citizenship of the alleged "sole member" of RDW Transport, LLC.