UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **TAMERA JEAN PEACE, as Administrator of the Estate of Donald Ray Peace,** } } } } | |
| Plaintiff, } } | Case No.: 4:18-cv-00041-ACA |
| v. } } | |
| **KEITH ROCK, et al.,** } } | |
| Defendants. } | |

## ORDER

This matter comes before the court on Plaintiff Tamara Jean Peace's "Stipulation of Pro Tanto Dismissal," in which she seeks to dismiss with prejudice all of her claims against Defendants Keith Rock, RDW Transport, LLC, and Rock Trans, LLC, but not her claims against Berkeley Scrap Metal. (Doc. 39).

Federal Rule of Civil Procedure 41 permits a plaintiff to voluntarily dismiss a claim without a court order only if she files a notice "before the opposing party serves either an answer or a motion for summary judgment," or if all parties stipulate to the dismissal. Fed. R. Civ. P. 41(a)(1)(A). Otherwise, "an action may be dismissed at the plaintiff's request only by court order." Fed. R. Civ. P. 41(a)(2). Because Mr. Rock, RDW Transport, and Rock Trans have answered Ms. Peace's amended complaint (doc. 3), the court construes the

"stipulation" as a motion to voluntarily dismiss the claims against them under Rule 41(a)(2).  Mr. Rock, RDW Transport, and Rock Trans have represented to the court that they have no objection to the dismissal with prejudice of Ms. Peace's claims against them.  Accordingly, the court **GRANTS** the motion to voluntarily dismiss Ms. Peace's claims against Mr. Rock, RDW Transport, and Rock Trans, and **DISMISSES** those claims and defendants **WITH PREJUDICE**.

Ms. Peace's claims against Berkeley Scrap Metal remain.

**DONE** and **ORDERED** this April 19, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE