FILED
SEP 17 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
2019 Sep-17 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| TAMERA JEAN PEACE, as Administrator of the Estate of DONALD RAY PEACE | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 4:18-cv-41-ACA<br>) |
| PROGRESSIVE DIRECT INSURANCE COMPANY, et al. | )<br>)<br>) |
| Defendants. | ) |

## VERDICT

We, the Jury, award damages against the defendant, Berkeley Scrap Metal, in the amount of $ 5.5 million



_____ 9/17/19 _____
Date